NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                        Plaintiff,         )<br>                                                            )<br>        vs.                                              )<br>                                                            )<br>GABRIEL CLARK-AIGNER,             )<br>                                                            )<br>                        Defendants.   ) | No.  3:02-cr-00007-JWS<br><br>**NOTICE TO DISCONTINUE<br>ELECTRONIC SERVICE** |

   COMES NOW the United States by and through counsel and hereby gives

notice that Assistant United States Attorney Frank V. Russo now appears as

counsel for the for United States of America in the above-entitled action. All future

correspondence in this matter should be sent to:

   FRANK V. RUSSO
   Assistant U.S. Attorney
   Federal Building & U.S. Courthouse


222 W. 7th Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA John J. Novak now that the undersigned is appearing as counsel.

RESPECTFULLY SUBMITTED this 5th day of October, 2007 at Anchorage, Alaska

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

Certificate of Service
I declare hereby certify that on October 5, 2007
a copy of the foregoing was served electronically
on:

Valerie Brown
Michael Dieni, FPD

  s/Frank V. Russo
Office of the U.S. Attorney